UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEFFRARD SAXON, et al.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No.  06-1750 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on this date, and the Joint Rule 16.3 Report previously submitted by the parties, it is, this <u>31st</u> day of <u>January</u>, 2007, hereby **ORDERED** as follows:

1. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be made by not later than February 14, 2007.

2. The parties shall have until May 1, 2007, to join additional parties and amend the pleadings without further leave of the Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows:  (a) plaintiffs shall identify experts by not later than May 31, 2007; (b) defendant shall identify experts by not later than July 2, 2007; and (c) plaintiffs shall identify rebuttal experts by not later than August 1, 2007.

4. All discovery shall be completed by August 29, 2007.

5. Dispositive motions shall be filed by not later than September 28, 2007;

      oppositions shall be filed by not later than October 29, 2007; and any replies shall be filed by not later than November 13, 2007.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

7. The parties shall appear for a status conference on September 5, 2007, at 9:00 a.m. in Courtroom Eight.

 

                                              /s/ John D. Bates
                                                JOHN D. BATES
                                      United States District Judge