U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Geffrard Saxon, et al.

vs.

Government of the District of Columbia

No. 1:06CV01740

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:35 pm on November 8, 2006, I served Government of the District of Columbia c/o Robert Spagnoletti, Attorney General of the District of Columbia at 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Gale Rivers, Legal Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  180
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-10-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179493