U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Geffrard Saxon, et al.

vs.

Government of the District of Columbia

No. 1:06CV01740

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:55 pm on November 8, 2006, I served Government of the District of Columbia c/o Mayor Anthony A. Williams at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004 by serving Tabitha Braxton, Administrative Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     30
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  130
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-10-06
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179494