IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Geffrard Saxon,** *et al.* | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Case No.  No. 06-1750 (JDB) |
| | * | |
| **GOVERNMENT OF THE DISTRICT,** | * | |
| **OF COLUMBIA** | * | |
| | * | |
| **Defendant.** | * | |
| _____ | * | |

## PARTIES' JOINT MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES AND ALL OTHER DEADLINES

Plaintiffs and Defendant, by and through counsel, respectfully request that the Court extend all expert disclosure deadlines in this case, and all other deadlines by thirty (30) days. Defendant is still working on its response to Plaintiffs' document requests and interrogatories, and additional time is therefore needed prior to commencing the expert disclosure process.

Fed. Civ. R. 6(b) provides that "the Court may at any time in its discretion … order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.…"  Under the current scheduling order, plaintiffs' expert disclosures are due on May 31, 2007, and defendant's disclosures are due on July 2, 2007. The parties' request for an extension of the deadlines for expert disclosures is made prior to the expiration of the period prescribed.  The parties therefore respectfully request that the Court amend the scheduling order as follows:

Plaintiffs' Expert Disclosures:     July 2, 2007

Defendant's Expert Disclosures:     August 2, 2007

Discovery Closed:     September 29, 2007

Status Conference:				October 5, 2007

Dispositive Motions Deadline:		October 29, 2007

Oppositions to Dispositive Motions:	November 29, 2007

Replies:					December 14, 2007

A memorandum of points and authorities in support of the parties' joint motion is hereto attached.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\_\_/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

\_\_\_\_/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
 (202) 442-9845; (202) 727-6295
Leticia.valdes@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Geffrard Saxon,** *et al.* | \* |
| | \* |
| **Plaintiffs,** | \* |
| | \* |
| v. | \*   Case No.  No. 06-1750 (JDB) |
| | \* |
| **GOVERNMENT OF THE DISTRICT,** | \* |
| **OF COLUMBIA** | \* |
| | \* |
| **Defendant.** | \* |
| _____ | \* |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND THE DEADLINES FOR EXPERT DISCLOSURES**

In support of the parties' Joint Motion to Extend the Deadlines for Expert Disclosures, they rely upon the following list of authorities:

1. Fed. P. Civ. R. 6(b)(1);

2. Fed. P. Civ. R. 16(b);

3. Fed. P. Civ. R. 26(b);

4. The parties' consent;

5. The Court's equitable powers.

6. The record herein.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
 (202) 442-9845; (202) 727-6295
Leticia.valdes@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Geffrard Saxon,** *et al.* | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Case No. No. 06-1750 (JDB) |
| | * |
| **GOVERNMENT OF THE DISTRICT,** | * |
| **OF COLUMBIA** | * |
| | * |
| **Defendant.** | * |
| _____ | * |

### ORDER

Upon consideration of the parties' Joint Motion to Extend the Expert Disclosure Deadlines, and All Other Deadlines, it is this ___ day of _____, 2007,

ORDERED: that the parties' Joint Motion to Extend the Expert Disclosure Deadlines, and All Other Deadlines is granted for the reasons set forth in their motion; and it is,

FURTHER ORDERED: that the following schedule shall govern this litigation:

| | |
|---|---|
| Plaintiffs' Expert Disclosures: | July 2, 2007 |
| Defendant's Expert Disclosures: | August 2, 2007 |
| Discovery Closed: | September 29, 2007 |
| Status Conference: | October 5, 2007 |
| Dispositive Motions Deadline: | October 29, 2007 |
| Oppositions to Dispositive Motions: | November 29, 2007 |

SO ORDERED:

_____
Judge John D. Bates
United States District Judge