IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEFFRARD SAXON, et al.** | * | |
| Plaintiffs, | * | |
| v. | * | Case No.  No. 06-1750 (JDB) |
| **GOVERNMENT OF THE DISTRICT, OF COLUMBIA** | * | |
| Defendant. | * | |

### Consent Motion To Extend Expert Disclosure Deadlines And All Other Deadlines

Plaintiffs, with the consent of defendant, respectfully request that the Court extend the July 2, 2007 deadline for their expert disclosures, as well as all other existing deadlines.

Defendant has had difficulties locating many documents responsive to plaintiffs' discovery requests.  On June 22, 2007, Defendant served plaintiffs with its overdue document and interrogatory responses, together with a very small stack of documents.  Several of defendant's responses, including the response to the request about the condition of the building at issue, state that "the District currently does not have the requested information.  As discovery is ongoing, this defendant will supplement this response once the information becomes available."

Because there are significant gaps in defendant's document production to date, plaintiffs are not in a position to make their expert disclosures on July 2.  The parties are attempting to resolve discovery issues in an amicable manner.  Plaintiffs, with the consent of defendant, therefore request that the Court further extend plaintiffs' expert disclosure deadline until August

2, and all other deadlines by 30 days. If the parties are unable to resolve the outstanding discovery issues in the near future, they will present the matter to the Court.

Plaintiffs, with the consent of defendant, therefore respectfully request that the Court amend the scheduling order by extending plaintiffs' expert disclosure deadline and all other deadlines by thirty (30) days. A proposed order is attached as Exhibit 1 hereto.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEFFRARD SAXON et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  No. 06-1750 (JDB) |
| | * | |
| **GOVERNMENT OF THE DISTRICT,** | * | |
| **OF COLUMBIA** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## ORDER

Upon consideration of plaintiffs' Motion to Extend the Expert Disclosure Deadline and All Other Deadlines, to which motion defendant has consented, it is this ___ day of _____, 2007,

ORDERED:  that plaintiffs' Motion to Extend the Expert Disclosure Deadlines and All Other Deadlines is granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that the following schedule shall govern this litigation:

| | |
|---|---|
| Plaintiffs' Expert Disclosures: | August 1, 2007 |
| Defendant's Expert Disclosures: | August 31, 2007 |
| Discovery Closed: | October 30, 2007 |
| Status Conference: | _____, 2007 |
| Dispositive Motions Deadline: | November 29, 2007 |
| Oppositions to Dispositive Motions: | December 28, 2007 |

SO ORDERED:

_____
Judge John D. Bates
United States District Judge