IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GEFFRARD SAXON, et al.** | \* |
| Plaintiffs, | \* |
| v. | \* Case No. No. 06-1750 (JDB) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | \* |
| Defendant. | \* |

## Consent Motion To Extend Expert Disclosure Deadlines And All Other Deadlines

Plaintiffs, with the consent of defendant, respectfully request that the Court extend the August 1, 2007 deadline for their expert disclosures, as well as all other existing deadlines.

Defendant has had difficulties locating many documents responsive to plaintiffs' discovery requests. For certain issues relevant to this case such as the condition of the building at the time of closure, defendant has informed plaintiffs that it has no documents. The parties have scheduled depositions for the month of August of several of defendant's employees who were involved with the closure. The parties expect additional depositions to be scheduled for September once defendant identifies additional of its employees who were involved with the closure.[1]

Plaintiffs, with the consent of defendant, respectfully request that the Court further extend plaintiffs' expert disclosure deadline until October 5, and all other deadlines by approximately 30 days beyond October 5. A proposed order is attached as Exhibit 1 hereto.

---

[1] To date, defendant has only identified employees of the Fire Department. However, according to defendant, four different District of Columbia agencies were involved with the closure.

                Respectfully Submitted,

                _____/s/_____
                Daniel A. Cantor (DC Bar No. 457115)
                ARNOLD & PORTER, LLP
                555 Twelfth Street, N.W.
                Washington, DC 20004-1206
                (202) 942-5000 (phone)
                (202) 942-5999 (fax)

August 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEFFRARD SAXON et al.** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No.  No. 06-1750 (JDB) |
| | * |
| **GOVERNMENT OF THE DISTRICT,** | * |
| **OF COLUMBIA** | * |
| | * |
| Defendant. | * |
| _____ | * |

**ORDER**

Upon consideration of plaintiffs' Motion to Extend the Expert Disclosure Deadline and All Other Deadlines, to which motion defendant has consented, it is this ___ day of _____, 2007,

ORDERED:  that plaintiffs' Motion to Extend the Expert Disclosure Deadlines and All Other Deadlines is granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that the following schedule shall govern this litigation:

Plaintiffs' Expert Disclosures:         October 5, 2007

Defendant's Expert Disclosures:       November 5, 2007

Discovery Closed:                    December 5, 2007

Status Conference:                   _____, 2007

Dispositive Motions Deadline:         January 11, 2008

Oppositions to Dispositive Motions:   February 8, 2008

SO ORDERED:

_____
Judge John D. Bates
United States District Judge