IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GEFFRARD SAXON, et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  No. 06-1750 (JDB) |
| | * | |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the parties hereby stipulate to the dismissal of the above-captioned matter (but not any other case filed as a related case) with prejudice, with each party to bear its own costs.

Respectfully Submitted,

_____/s/_____
Daniel A. Cantor (DC Bar No. 457115)
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Counsel for Plaintiffs

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
 (202) 442-9845; (202) 727-6295
Leticia.valdes@dc.gov